**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ONAY JEREZ AMEY,

Petitioner,

v. Case No. 3:26-cv-2610-WWB-SJH

WARDEN, NORTH FLORIDA
DETENTION FACILITY, et al.,

Respondents.

---

**ORDER**

1. Petitioner has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) and Time-Sensitive Motion for Temporary Restraining Order and Preliminary Injunction ("**Motion for TRO**," Doc. 3). In both the Petition and Motion for TRO, Petitioner requests, *inter alia*, that the Court bar transfer, and direct immediate release or expedited individualized bond hearing. (Doc. 1 at 5; Doc. 3 at 1). The Court notes that it still retains jurisdiction over the Petition even if Petitioner has been removed from the Middle District of Florida. *See Rumsfeld v. Padilla*, 542 U.S. 426, 441 (2004) ("[W]hen the Government moves a habeas petitioner after she properly files a petition naming her immediate custodian, the District Court retains jurisdiction and may direct the writ to any respondent within its jurisdiction who has legal authority to effectuate the prisoner's release."). Temporary restraining orders are meant to "preserv[e] the status quo rather than grant[] most or all of the substantive relief requested in the complaint." *Fernandez-Roque v. Smith*, 671 F.2d 426, 429 (11th Cir. 1983). Here, Petitioner essentially seeks to obtain the affirmative relief sought in the Petition on an expedited

basis, rather than preserve the status quo. Therefore, Petitioner's Motion for TRO (Doc. 3) is **DENIED without prejudice**.

2. Petitioner's Motion for Leave to Proceed In Forma Pauperis (Doc. 2) is **DENIED as moot**. Petitioner paid the filing fee in full.

3. Petitioner's Time-Sensitive Motion to Expedite and for Immediate Order to Show Cause (Doc. 4) is **GRANTED to the extent** that the Court will consider this case as expeditiously as practicable, but the Motion is otherwise **DENIED**.

4. Petitioner's Motion to Appoint Counsel (Doc. 5) and Request for Oral Argument or Evidentiary Hearing (Doc. 8) are **DENIED without prejudice**. Neither due process nor the interests of justice warrant the appointment of counsel at this time. In the event the Court determines that an evidentiary hearing is necessary or otherwise determines that the appointment of counsel is warranted, the Court may reconsider the motions at that time.

5. The Clerk of Court shall send a copy of the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) and this Order by **e-mail** to the United States Attorney for the Middle District of Florida (USAFLM.JAX.Civil.NewCases@usdoj.gov); and by **first-class mail** to the Attorney General of the United States, 950 Pennsylvania Avenue NW, Washington, DC 20530. All costs of service shall be advanced by the United States.

6. Respondents, within **5 business days** from the date of this Order, shall respond to the Petition, and show cause why the Petition should not be granted.

7. If Petitioner is removed from the United States or otherwise released from custody, Respondents must file a notice within **3 days** of Petitioner's change in custody.

8. If Petitioner is not represented by counsel, Petitioner must keep the Court apprised of Petitioner's current mailing address at all times, including if Petitioner is released. If Petitioner fails to do so, the Court may dismiss the action.

9. The parties must mark for identification all transcripts, briefs, affidavits, and other documentary exhibits and, if more than one, submit a table of contents or index (with a title, description, and date of each document). The Court will strike and return any exhibits that do not comply with these requirements. If a party relies on a deposition, the entire transcript must be filed.

10. After Respondents file a response, Petitioner shall have **3 business days** to file a reply to Respondents' response.

**DONE AND ORDERED** in Jacksonville, Florida, on October 1, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

caw 9/30
c:
Onay Jerez Amey, #A201781392
U.S. Attorney's Office secondary email (OPLAORLFEDLIT@ice.dhs.gov)